| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|
| **McCABE, WEISBERG & CONWAY, LLC**<br>**By: Lauren M. Moyer, Esq. (Atty. I.D.#LMM2332)**<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant:  Bayview Loan Servicing, LLC |
| IN re:<br><br>Marcus W. Bowen<br>      Debtor/Respondent<br><br>Kreola Bowen<br>      Co-Debtor/Respondent |

Order Filed on October 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-24251-JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**DATED: October 27, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Marcus W. Bowen
Co-Debtor: Kreola Bowen
Case No: 19-24251-JNP
Caption of Order: ORDER VACATING STAY

---

Upon the motion of **Bayview Loan Servicing, LLC**, or its successors or assignees, under Bankruptcy Code section 362(a) and 1301 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒    Real property more fully described as:

509 West Dunbar Street, Middle Township, New Jersey 08252

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

☐    Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24251-JNP |
| Marcus W. Bowen | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 27, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

**Recip ID            Recipient Name and Address**
db            + Marcus W. Bowen, 509 West Dunbar Street, Cape May Court House, NJ 08210-3129

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

**Name            Email Address**

Denise E. Carlon
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Clayman
    on behalf of Debtor Marcus W. Bowen jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

John R. Morton, Jr.

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Oct 27, 2020 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald

on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lauren Moyer

on behalf of Creditor Bayview Loan Servicing  LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Lauren Moyer

on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III

on behalf of Creditor Bayview Loan Servicing  LLC ecf@powerskirn.com

TOTAL: 11